**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:                                      )
   Chesapeake Corporation, et al            )   Case No. 08-36642
   Debtor.                                  )   Chapter 11

### APPOINTMENT OF UNSECURED CREDITORS COMMITTEE

Pursuant to 11 U.S.C. §1102, the following creditors are hereby appointed by the United States Trustee to serve on the Official Committee of Unsecured Creditors of **Chesapeake Corporation.**

US Bank National Association, as Indenture Trustee
Attn: Sandra Spivey
2300 West Sahara- 2nd Floor
Las Vegas, NV  89102
Phone: 702-291-1696
Fax: 702-291-1657
Email: sandra.spivey@usbank.com

The Bank of New York Mellon
Attn: Donna J. Parisi
6525 West Campus Oval
New Albany, OH  43054
Phone: 614-775-5279
Fax: 614-775-5636
Email: donna.parisi@bnymellon.com

Peter R. Chiericozzi
2255 Oregon Rd
Salvisa, KY  40372
Phone: 859-865-1114
Fax: same
Email: pbasn@aol.com

Robert S. Argabright, II
8011 River Rd
Richmond, VA  23229
Phone: 804-288-3287
Fax: 804-288-1966
Email: rargabright@verizon.net

Thomas H. Johnson
P.O. Box 421549
Atlanta, GA  30342
Phone: 770-955-3483
Fax: 770-955-3061
Email: thjoh@att.net

Jack L. Creech
2291 Charleston Place
Richmond, IN  47374
Phone: 765-966-4701
Fax: none
Email: marjack85@aol.com

Samual J. Taylor
2900 Park Ridge Rd
Midlothian, VA  23113
Phone: 804-330-4166
Fax: none
Email: sjandcj@verizon.net

                                            W. CLARKSON MCDOW, JR.
                                            UNITED STATES TRUSTEE FOR
                                            REGION FOUR

Date: January 2, 2009                    By:  /s/ Robert B. Van Arsdale
                                                   Robert B. Van Arsdale
                                                   Assistant U.S. Trustee

Robert B. Van Arsdale, AUST (VBN 17483)
Shannon F, Pecoraro Trial Attorney (VBN 46864)
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Phone (804) 771-2310
Fax: (804) 771-2330

I hereby certify that a true copy of the foregoing Appointment of Unsecured Creditors Committee was served via electronic delivery, fax or first class mail, postage prepaid, this 2nd day of January 2009 to the members of the committee as listed above, and counsel for the debtor.

   /s/ Robert B. Van Arsdale
Robert B. Van Arsdale
Assistant U.S. Trustee