**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 08-36642-DOT |
| | ) | |
| CANAL CORPORATION, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**FIFTH ORDER EXTENDING THE EXCLUSIVE PERIODS TO FILE AND
SOLICIT ACCEPTANCES OF CHAPTER 11 PLAN**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order, pursuant to section 1121(d) of the Bankruptcy Code, (i) extending the period during which the Debtors have the exclusive right to file a plan or plans (the "Exclusive Filing Period") from April 26, 2010 through and including June 29, 2010,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Canal Corporation (f/k/a/ Chesapeake Corporation) (6880), Canal NC Company (f/k/a Chesapeake Printing and Packaging Company) (9208), Canal NY Company, Inc. (f/k/a Chesapeake Pharmaceutical Packaging Company, Inc.) (0010), Canal IH Company (f/k/a Chesapeake International Holding Company) (1532), WTM I Company (1080), Sheffield, Inc. (6314), Canal Resources Company (f/k/a Chesapeake Assets Company) (5293), Canal YR Company (f/k/a Chesapeake Recycling Company) (9383), Canal D&P Company (f/k/a Chesapeake Display and Packaging Company) (4207), Canal Virginia Company (f/k/a The Chesapeake Corporation of Virginia) (6783), Canal Corporation (Wisconsin) (f/k/a Chesapeake Corporation (Wisconsin)) (7682), Canal Corporation (Massachusetts) (f/k/a Chesapeake Corporation (Massachusetts)) (7686), Canal Corporation (D.C.) (f/k/a Chesapeake Corporation (D.C.)) (7684), Canal Corporation (Illinois) (f/k/a Chesapeake Corporation (Illinois)) (7685), Canal Corporation (Louisiana) (f/k/a Chesapeake Corporation (Louisiana)) (7681), Canal FP Company, LLC (f/k/a Chesapeake Forest Products Company, LLC) (6880), Canal DE Company (f/k/a Cary St. Company) (9092), Canal DP Company (f/k/a Delmarva Properties, Inc.) (7160), and Canal SH Company (f/k/a Stonehouse Inc.) (2481).

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

| | |
|---|---|
| Benjamin C. Ackerly (VSB No. 09120) | Peter S. Partee (VSB No. 34140) |
| Jason W. Harbour (VSB No. 68220) | HUNTON & WILLIAMS LLP |
| HUNTON & WILLIAMS LLP | 200 Park Avenue, 53rd Floor |
| Riverfront Plaza, East Tower | New York, New York 10166-0136 |
| 951 East Byrd Street | Telephone: (212) 309-1000 |
| Richmond, Virginia 23219-4074 | Telecopier: (212) 309-1100 |
| Telephone: (804) 788-8200 | |
| Telecopier: (804) 788-8218 | |

*Attorneys for Debtors and
Debtors-in-Possession*

and (ii) extending the period during which the Debtors have the exclusive right to solicit acceptances thereof (the "Exclusive Solicitation Period"; together with the Exclusive Filing Period, the "Exclusive Periods") from June 21, 2010 through and including August 29, 2010, the Court finds that: (a) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b); (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the relief requested in the Motion is in the best interest of the Debtors, their estates and creditors; (d) proper and adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary; and (e) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein.  Therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The Exclusive Filing Period is extended through and including June 29, 2010.

3. The Exclusive Solicitation Period is extended through and including August 29, 2010.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Richmond, Virginia
_____, 2010

_____
United States Bankruptcy Judge

WE ASK FOR THIS:

HUNTON & WILLIAMS LLP

*/s/ Jason W. Harbour*
Benjamin C. Ackerly (VSB No. 09120)
Jason W. Harbour (VSB No. 68220)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone:  (804) 788-8200
Telecopier:  (804) 788-8218

*and*

Peter S. Partee (VSB No. 34140)
200 Park Avenue, 53rd Floor
New York, New York  10166-0136
Telephone:  (212) 309-1000
Telecopier:  (212) 309-1100

*Attorneys for Debtors and*
 *Debtors-in-Possession*

## LOCAL RULE 9022-1 CERTIFICATION

I, Jason W. Harbour, hereby certify that the foregoing proposed order was served on all necessary parties.

*/s/ Jason W. Harbour*