# United States Bankruptcy Court
## Eastern District of Virginia

In re:                                    | Chapter 11

    <u>Canal Corporation</u>                   | 08-36642 (DOT)
      <u>f/k/a Chesapeake Corporation, et al.</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Mercer Human Resource Consulting** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and address where notices to transferee should be sent: | Name and Current Address of Transferor: |
| Contrarian Funds, LLC<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attention:   Alisa Mumola<br>Telephone:   203-862-8211<br>Email: amumola@contrariancapital.com | Mercer Human Resource Consulting<br>Attn Craig Ross<br>Three James Ctr<br>1051 East Cary St., Ste 900<br>Richmond, VA 23219 |

**Proof of Claim #: 1139**
**Total amount of Claim: $10,491.00**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____June 29, 2010_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

Mercer Human Resource Consulting, a _____ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated May 1, 2010, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount of $10,491.00, claim number 1139, against Chesapeake Corporation, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Eastern District of Virginia, case no. 08-36642 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this __1⁵__ day of May 2010.

| (Assignor) | (Assignee) |
|---|---|
| Mercer Human Resource Consulting | CONTRARIAN FUNDS, LLC |
| | By: Contrarian Capital Management, L.L.C., |
| | as manager |
| | |
| By: _Elisabeth_ | By: _M. _____ |
| Name: _Allison Brecher_ | Name: _____ |
| Title: _Sr. Litigation Counsel_ | Title: JANICE M. STANTON MEMBER |

(Assignor)
WITNESS:

By: _____
Name: _Kymm Walker_
Title: _Admin Asst_