# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 08-36642-DOT |
| | ) | |
| CANAL CORPORATION, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## NOTICE OF OCCURRENCE OF PLAN EFFECTIVE DATE

**PLEASE TAKE NOTICE** that on April 1, 2011, the United States Bankruptcy Court for the Eastern District of Virginia (the "Court") entered the *Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Plan of Liquidation of Canal Corporation and Certain of Its Affiliated Debtors* [Docket No. 1416] (the "Confirmation Order"), which confirmed the *Second Amended Joint Plan of Liquidation of Canal Corporation and Certain of its Affiliated Debtors* (as amended or modified, the "Plan"). Copies of the Plan and the Confirmation Order may be viewed at no charge at www.kccllc.net/chesapeake or for a fee via PACER at http://www.vaeb.uscourts.gov/, or may be obtained at no charge by writing to Canal Corporation c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245. Capitalized terms used but not defined herein have the meanings given them in the Plan.

---

[1] The debtors and debtors-in-possession (collectively, the "Debtors") and the last four digits of their respective taxpayer identification numbers are as follows: Canal Corporation (f/k/a/ Chesapeake Corporation) (6880), Canal NC Company (f/k/a Chesapeake Printing and Packaging Company) (9208), Canal NY Company, Inc. (f/k/a Chesapeake Pharmaceutical Packaging Company, Inc.) (0010), Canal IH Company (f/k/a Chesapeake International Holding Company) (1532), WTM I Company (1080), Sheffield, Inc. (6314), Canal Resources Company (f/k/a Chesapeake Assets Company) (5293), Canal YR Company (f/k/a Chesapeake Recycling Company) (9383), Canal D&P Company (f/k/a Chesapeake Display and Packaging Company) (4207), Canal Virginia Company (f/k/a The Chesapeake Corporation of Virginia) (6783), Canal Corporation (Wisconsin) (f/k/a Chesapeake Corporation (Wisconsin)) (7682), Canal Corporation (Massachusetts) (f/k/a Chesapeake Corporation (Massachusetts)) (7686), Canal Corporation (D.C.) (f/k/a Chesapeake Corporation (D.C.)) (7684), Canal Corporation (Illinois) (f/k/a Chesapeake Corporation (Illinois)) (7685), Canal Corporation (Louisiana) (f/k/a Chesapeake Corporation (Louisiana)) (7681), Canal FP Company, LLC (f/k/a Chesapeake Forest Products Company, LLC) (6880), Canal DE Company (f/k/a Cary St. Company) (9092), Canal DP Company (f/k/a Delmarva Properties, Inc.) (7160), and Canal SH Company (f/k/a Stonehouse Inc.) (2481). ***For the avoidance of doubt, the Plan Debtors are all of the Debtors except WTM I Company.***

Benjamin C. Ackerly (VSB No. 09120)
Jason W. Harbour (VSB No. 68220)
Shannon E. Daily (VSB No. 79334)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Telecopier: (804) 788-8218

Peter S. Partee (VSB No. 34140)
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
Telephone: (212) 309-1000
Telecopier: (212) 309-1100

*Attorneys for Plan Debtors*

## EFFECTIVE DATE

**PLEASE TAKE FURTHER NOTICE** that on **April 18, 2011**, the "Effective Date" occurred with respect to the Plan.

## PROFESSIONAL FEE CLAIM BAR DATE

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Plan, the deadline to file final applications for Professional Fee Claims is **June 2, 2011**, forty-five (45) days after the Effective Date of the Plan. **FAILURE TO FILE AND SERVE SUCH PROFESSIONAL FEE APPLICATION TIMELY AND PROPERLY SHALL RESULT IN THE PROFESSIONAL FEE CLAIM BEING FOREVER BARRED AND DISALLOWED.**

Dated: Richmond, Virginia
April 18, 2011

HUNTON & WILLIAMS LLP

| | |
|---|---|
| */s/ Jason W. Harbour* | Peter S. Partee (VSB No. 34140) |
| Benjamin C. Ackerly (VSB No. 09120) | 200 Park Avenue, 53rd Floor |
| Jason W. Harbour (VSB No. 68220) | New York, New York 10166-0136 |
| Shannon E. Daily (VSB No. 79334) | Telephone: (212) 309-1000 |
| Riverfront Plaza, East Tower | Telecopier: (212) 309-1100 |
| 951 East Byrd Street | |
| Richmond, Virginia 23219-4074 | |
| Telephone: (804) 788-8200 | |
| Telecopier: (804) 788-8218 | |

*Attorneys for the Plan Debtors*