**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 08-36642-DOT |
| | ) | |
| CANAL CORPORATION, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**FINAL DECREE IN CERTAIN OF
THE CHAPTER 11 CASES OF THE PLAN DEBTORS**

Upon the motion (the "Motion")[2] of the above-captioned debtors other than WTM I Company (collectively, the "Plan Debtors") for entry of a final decree, (a) pursuant to sections 105 and 350 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (as amended, the "Bankruptcy Code") and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), closing the cases of each of the Plan Debtors except Canal Corporation (f/k/a/ Chesapeake Corporation), Canal NC Company (f/k/a Chesapeake Printing and Packaging

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Canal Corporation (f/k/a/ Chesapeake Corporation) (6880), Canal NC Company (f/k/a Chesapeake Printing and Packaging Company) (9208), Canal NY Company, Inc. (f/k/a Chesapeake Pharmaceutical Packaging Company, Inc.) (0010), Canal IH Company (f/k/a Chesapeake International Holding Company) (1532), WTM I Company (1080), Sheffield, Inc. (6314), Canal Resources Company (f/k/a Chesapeake Assets Company) (5293), Canal YR Company (f/k/a Chesapeake Recycling Company) (9383), Canal D&P Company (f/k/a Chesapeake Display and Packaging Company) (4207), Canal Virginia Company (f/k/a The Chesapeake Corporation of Virginia) (6783), Canal Corporation (Wisconsin) (f/k/a Chesapeake Corporation (Wisconsin)) (7682), Canal Corporation (Massachusetts) (f/k/a Chesapeake Corporation (Massachusetts)) (7686), Canal Corporation (D.C.) (f/k/a Chesapeake Corporation (D.C.)) (7684), Canal Corporation (Illinois) (f/k/a Chesapeake Corporation (Illinois)) (7685), Canal Corporation (Louisiana) (f/k/a Chesapeake Corporation (Louisiana)) (7681), Canal FP Company, LLC (f/k/a Chesapeake Forest Products Company, LLC) (6880), Canal DE Company (f/k/a Cary St. Company) (9092), Canal DP Company (f/k/a Delmarva Properties, Inc.) (7160), and Canal SH Company (f/k/a Stonehouse Inc.) (2481).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

Benjamin C. Ackerly (VSB No. 09120)
Jason W. Harbour (VSB No. 68220)
Shannon E. Daily (VSB No. 79334)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone:  (804) 788-8200
Telecopier:  (804) 788-8218

*Attorneys for Plan Debtors*

Company), and Canal NY Company, Inc. (f/k/a Chesapeake Pharmaceutical Packaging Company, Inc.) (collectively, the "Remaining Plan Debtors"); and (b) pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002, changing the caption of the Debtors' jointly administered cases, the Court finds that: (i) the estates of the Plan Debtors other than the Remaining Plan Debtors (collectively, the "Closing Debtors") have been fully administered; (ii) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334(b); (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iv) the relief requested in the Motion is in the best interest of the Plan Debtors, their estates and their creditors; (v) proper and adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary; and (vi) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief set forth herein. Therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. Pursuant to sections 105(a) and 350(a), the chapter 11 cases of the Closing Debtors shall be and hereby are closed effective as of the date of the entry of this final decree. The current names and chapter 11 case numbers of each of the Closing Debtors are as follows:

| | |
|---|---|
| CANAL IH COMPANY (f/k/a CHESAPEAKE INTERNATIONAL HOLDING COMPANY) | Case No. 08- 36648-DOT |
| SHEFFIELD, INC. | Case No. 08- 36655-DOT |
| CANAL RESOURCES COMPANY (f/k/a CHESAPEAKE ASSETS COMPANY) | Case No. 08- 36650-DOT |
| CANAL YR COMPANY (f/k/a CHESAPEAKE RECYCLING COMPANY) | Case No. 08- 36654-DOT |

| | |
|---|---|
| CANAL D&P COMPANY (f/k/a CHESAPEAKE DISPLAY AND PACKAGING COMPANY) | Case No. 08- 36660-DOT |
| CANAL VIRGINIA COMPANY (f/k/a THE CHESAPEAKE CORPORATION OF VIRGINIA) | Case No. 08- 36657-DOT |
| CANAL CORPORATION (WISCONSIN) (f/k/a CHESAPEAKE CORPORATION (WISCONSIN)) | Case No. 08- 36643-DOT |
| CANAL CORPORATION (MASSACHUSETTS) (f/k/a CHESAPEAKE CORPORATION (MASSACHUSETTS)) | Case No. 08- 36644-DOT |
| CANAL CORPORATION (D.C.) (f/k/a CHESAPEAKE CORPORATION (D.C.)) | Case No. 08- 36651-DOT |
| CANAL CORPORATION (ILLINOIS) (f/k/a CHESAPEAKE CORPORATION (ILLINOIS)) | Case No. 08- 36647-DOT |
| CANAL CORPORATION (LOUISIANA) (f/k/a CHESAPEAKE CORPORATION (LOUISIANA)) | Case No. 08- 36652-DOT |
| CANAL FP COMPANY, LLC (f/k/a CHESAPEAKE FOREST PRODUCTS COMPANY, LLC) | Case No. 08- 36656-DOT |
| CANAL DE COMPANY (f/k/a CARY ST. COMPANY) | Case No. 08- 36658-DOT |
| CANAL DP COMPANY (f/k/a DELMARVA PROPERTIES, INC.) | Case No. 08- 36653-DOT |
| CANAL SH COMPANY (f/k/a STONEHOUSE INC.) | Case No. 08- 36645-DOT |

3. The Clerk of the Court shall enter this final decree individually on each of the Closing Debtors' dockets and thereafter such dockets shall be marked as "Closed."

4. The caption of the Debtors' jointly administered cases shall be modified to reflect the closing of the cases of the Closing Debtors.

5. The caption of the Debtors' jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| In re: | ) | Case No. 08-36642-DOT |
|---|---|---|
| | ) | |
| CANAL CORPORATION, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

6. This final decree is without prejudice to any party's rights to re-open any case or cases.

7. For the avoidance of doubt, this final decree is not a final decree for the cases of the Remaining Plan Debtors or WTM I Company, and the cases of the Remaining Plan Debtors and WTM I Company remain open.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this final decree in accordance with the Motion.

9. The terms and conditions of this final decree shall be immediately effective and enforceable upon its entry.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors whose chapter 11 cases have not been closed and the last four digits of their respective taxpayer identification numbers are as follows: Canal Corporation (f/k/a/ Chesapeake Corporation) (6880), Canal NC Company (f/k/a Chesapeake Printing and Packaging Company) (9208), Canal NY Company, Inc. (f/k/a Chesapeake Pharmaceutical Packaging Company, Inc.) (0010), and WTM I Company (1080).

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this final decree.

Dated: Richmond, Virginia

_____, 2011

_____
United States Bankruptcy Judge

WE ASK FOR THIS:

HUNTON & WILLIAMS LLP

*/s/ Jason W. Harbour*
Benjamin C. Ackerly (VSB No. 09120)
Jason W. Harbour (VSB No. 68220)
Shannon E. Daily (VSB No. 79334)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone:  (804) 788-8200
Telecopier:  (804) 788-8218

*Attorneys for Plan Debtors*

## LOCAL RULE 9022-1 CERTIFICATION

I, Jason W. Harbour, hereby certify that the foregoing proposed order was served on all necessary parties.

*/s/ Jason W. Harbour*