IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 08-36642-KLP |
| | ) | |
| CANAL CORPORATION, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## FINAL DECREE IN THE CHAPTER 11 CASES OF THE REMAINING DEBTORS

Upon the motion (the "Motion")[2] of Canal Corporation (f/k/a/ Chesapeake Corporation), Canal NC Company (f/k/a Chesapeake Printing and Packaging Company), and Canal NY Company, Inc. (f/k/a Chesapeake Pharmaceutical Packaging Company, Inc.) (collectively, the "Remaining Debtors") for entry of a final decree, (A) approving the Final Account; (B) relieving the Plan Administrator and his agents, professionals, and employees of their duties; and (C) pursuant to sections 105 and 350 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (as amended, the "Bankruptcy Code"), and Rule 3022 of the Federal Rules of Bankruptcy Procedure, closing the Remaining Debtors' chapter 11 cases, the Court finds that: (i) the estates of the Remaining Debtors have been fully administered; (ii) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334(b); (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iv) the relief requested in the Motion is in the best interest of the

---

[1] The Debtors whose chapter 11 cases have not been closed and the last four digits of their respective taxpayer identification numbers are as follows: Canal Corporation (f/k/a/ Chesapeake Corporation) (6880), Canal NC Company (f/k/a Chesapeake Printing and Packaging Company) (9208), and Canal NY Company, Inc. (f/k/a Chesapeake Pharmaceutical Packaging Company, Inc.) (0010).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

Jason W. Harbour (VSB No. 68220)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Telecopier: (804) 788-8218

*Attorneys for the Remaining Debtors*

Remaining Debtors, their estates, and their creditors; (v) proper and adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary; and (vi) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief set forth herein. Therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The Final Account is approved.

3. The Remaining Debtors; the Plan Administrator; and their agents, professionals, and employees shall be relieved of any further duties as of the filing of the Final Distribution Certification.

4. Pursuant to sections 105(a) and 350(a) of the Bankruptcy Code, the chapter 11 cases of the Remaining Debtors, Case Nos. 08-36642-KLP, 08-36659-KLP, and 08-36646-KLP, shall be and hereby are closed effective as of the date of the entry of this final decree.

5. The Clerk of the Court shall enter this final decree individually on each of the Remaining Debtors' dockets and thereafter such dockets shall be marked as "Closed."

6. This final decree is without prejudice to any party's rights to re-open any case or cases.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this final decree in accordance with the Motion.

8. The terms and conditions of this final decree shall be immediately effective and enforceable upon its entry.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this final decree.

Dated: Richmond, Virginia
Nov 17 2022

/s/ Keith L Phillips
United States Bankruptcy Judge

Entered On Docket: Nov 17 2022

WE ASK FOR THIS:

HUNTON ANDREWS KURTH LLP

*/s/ Jason W. Harbour*
Jason W. Harbour (VSB No. 68220)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Telecopier: (804) 788-8218

*Attorneys for the Remaining Debtors*

## LOCAL RULE 9022-1 CERTIFICATION

I, Jason W. Harbour, hereby certify that the foregoing proposed order was served on all necessary parties.

*/s/ Jason W. Harbour*

3